UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Case No. 09-cv-25

KERRI MACK, ET AL.,
    Plaintiff(s),

v.

JURLEAN BAILEY, ET AL.,
    Defendant(s).
_____/

INDEX OF EXHIBITS TO PLAINTIFFS' PETITION FOR ATTORNEY'S FEES & COSTS

    Exhibit A, Declaration of Gordon Leech

    Exhibit B, Curriculum Vitae of Gordon Leech

    Exhibit C, Plaintiffs Itemized Statement of Attorney's Time

    Exhibit D, Plaintiffs Itemized Statement Of Costs And Supporting Documents

    Exhibit E, Declaration of Attorney Jeff Scott Olson

    Exhibit F, Declaration of Attorney Walter F. Kelly