Mack, et al., v. Baily, et al.
Time Records for Attorney Gordon Leech

Samster, Konkel & Safran (p. 2 through 6)
From: 10/28/2008
To:
Sub-Total: 11.37

Rose & deJong (p. 7 through 11)
From: 7/1/2009
To: 7/14/2010
Sub-Total: 42.10

Consumer & Employment Law Center of Wisconsin (p. 12 through 18)
From: 7/15/2010
To: Present (as of 11/18/2010)
Sub-Total: 14.90

Total Hours: 66.37

# Timesheet for Case

**Time from 1/1/1990 to 7/31/2009**

**Case No. 202957 Client: Mack, Ms. Keri**

11.37

| Date | Staff | Code/Task/Description | Time Spent (Hrs) |
|---|---|---|---|
| 10/28/2008 | GRL | T002 Case Analysis/Strategy<br>Initial Review of intake | 0.08 |
| 11/5/2008 | GRL | A010 Client Communication K. Mack<br>Initial Client meeting to review claim, documentation and discuss terms of representation and options | ~~2.00~~ 1.0 |
| 11/5/2008 | GRL | T002 Case Analysis/Strategy<br>Calculation of unpaid overtime claim K. Mack | 0.17 |
| 11/5/2008 | GRL | T020 Research<br>Research confirming the application of the FLSA to a not-for-profit organization and the enterprise coverage for an institution that cares for the sick or disabled that reside on its premises | 0.67 |
| 11/20/2008 | GRL | A015 Opposing Counsel Communication<br>Phone conference from opposing counsel re claim and supporting records. | 0.17 |
| 11/25/2008 | GRL | A015 Opposing Counsel Communication<br>Rec/review and reply to Opposing Counsel Communication, by ltr, regarding defendant's response to claim | 0.17 |
| 12/3/2008 | GRL | T002 Case Analysis/Strategy<br>Review and revision to summary of hours worked, paychecks and potential unpaid wages | 0.33 |
| ~~12/4/2008~~ | ~~JG~~ | ~~A010 Client Communication~~<br>~~Set up appointment for Keri to meet with GRL~~ | ~~0.05~~ |
| ~~12/9/2008~~ | ~~GRL~~ | ~~A016 Other Communication~~<br>~~Phone conference to IRS regarding Levy on wages~~ | ~~0.25~~ |
| 12/9/2008 | GRL | A010 Client Communication<br>Mtg w/Client re Tax Levy and status of claim, collective action and other similarly treated employees | 1.27 |
| 12/9/2008 | GRL | T002 Case Analysis/Strategy<br>Adding possible witnesses to database and setting up pleading data | 0.33 |
| ~~12/9/2008~~ | ~~JG~~ | ~~T020 Research~~<br>~~Research re: ownership of properties relating to litigation~~ | ~~0.20~~ |
| 12/12/2008 | GRL | T005 Pleadings<br>Preparing Consents to Join Collective Action | 0.17 |

# Timesheet for Case

**Time from 1/1/1990 to 7/31/2009**

**Case No. 202957 Client: Mack, Ms. Keri**

| Date | Staff | Code/Task/Description | Time Spent (Hrs) |
|---|---|---|---|
| 12/12/2008 | GRL | A010 Client Communication<br>Mtg with Rosemarie Mitchell re intake and initial review of claim | ~~1.00~~ .8 |
| 12/16/2008 | GRL | A010 Client Communication<br>Client Communication re consents to collective action | 0.17 |
| 12/18/2008 | GRL | A010 Client Communication<br>Initial meeting with Michelle Nance | ~~1.02~~ .5 |
| 12/23/2008 | GRL | A005 Case Management<br>Review of clients and status of potential collective members for preparing to draft complaint | 0.08 |
| 1/5/2009 | GRL | T005 Pleadings<br>Final Revisions to Complaint | 0.55 |
| 1/6/2009 | GRL | A015 Opposing Counsel Communication<br>Opposing Counsel Communication regarding filing of the complaint and possibility of resolving the claim or even limited issues about the hours worked | 0.08 |
| 1/7/2009 | GRL | A015 Opposing Counsel Communication<br>Receipt/reply to Opposing Counsel Communication by email re copies of pleadings/filings to date | 0.08 |
| ~~1/7/2009~~ | ~~JG~~ | ~~T005 Pleadings~~<br>Consent to Proceed before Magistrate Judge | ~~0.12~~ |
| ~~1/7/2009~~ | ~~JG~~ | ~~T005 Pleadings~~<br>Send docs to process server for service including making copies and scanning. | ~~0.50~~ |
| 1/11/2009 | GRL | A015 Opposing Counsel Communication<br>Opposing Counsel Communication, receipt and review, re his response to my 1/9/09 ltr addressing possible settlement and exchange of information | 0.03 |
| 1/12/2009 | GRL | A010 Client Communication<br>Initial communication with Jacqueline Bullock re claim and representation | 0.17 |
| ~~1/12/2009~~ | ~~JG~~ | ~~A010 Client Communication~~<br>Phone Conf w/ Jackie Bullock. She would like to be included in lawsuit to recover OT wages. | ~~0.08~~ |
| ~~1/16/2009~~ | ~~JG~~ | ~~A017 Court Communication~~<br>Scan and File Affidavit of Service for both Defendants | ~~0.27~~ |
| ~~1/19/2009~~ | ~~JG~~ | ~~T005 Pleadings~~<br>Draft Fee Agreement and Consent to Join Collective Action, phone conf w/ client to confirm todays appt. | ~~0.07~~ |

# Timesheet for Case

**Time from 1/1/1990 to 7/31/2009**

**Case No. 202957** **Client: Mack, Ms. Keri**

| Date | Staff | Code/Task/Description | Time Spent (Hrs) |
|---|---|---|---|
| ~~2/3/2009~~ | ~~JG~~ | ~~T010 File Management~~ Download Def filings from internet | ~~0.13~~ |
| 2/6/2009 | GRL | A015 Opposing Counsel Communication Opposing Counsel Communication re accounting of hours worked | 0.05 |
| 2/23/2009 | GRL | T005 Pleadings Drafting Amended Complaint | 0.42 |
| 3/10/2009 | GRL | T005 Pleadings Receipt and review of Def's Answer and Aff Defs re Amended Complaint | 0.17 |
| 3/10/2009 | GRL | A015 Opposing Counsel Communication Ltr to Opposing Counsel Communication re conferring on motion to strike affirmative defenses | 0.08 |
| ~~3/26/2009~~ | ~~JG~~ | ~~A010 Client Communication~~ Phon Conf w/ client re new intake situation. | ~~0.12~~ |
| 4/14/2009 | GRL | A015 Opposing Counsel Communication Opposing Counsel Communication re meeting of counsel | 0.08 |
| 4/17/2009 | GRL | A010 Client Communication Client Mtg re estimate of overtime hours and settlement authority | 0.50 |
| ~~4/20/2009~~ | ~~JG~~ | ~~A010 Client Communication~~ Send Ltr to cleints re settlement authority. | ~~0.08~~ |
| 4/21/2009 | GRL | A010 Client Communication Client mtg, M. Nance, re authority to settle and estimating hours worked | 0.25 |
| 4/22/2009 | GRL | T025 Evidence Review/Annotation Evidence Review/Annotation for initial estimate of OT hours for clients | 0.27 |
| 4/22/2009 | GRL | A015 Opposing Counsel Communication Mtg w/Opposing Counsel to review claims | 0.45 |
| ~~4/28/2009~~ | ~~JG~~ | ~~A010 Client Communication~~ Call clients to set up appts to review time records from ER | ~~0.18~~ |
| 4/29/2009 | GRL | A010 Client Communication Initial Client meeting with Ms. Ross, Ms. Brooks and Ms. Holmes re overtime claims | 0.58 |
| ~~4/30/2009~~ | ~~JG~~ | ~~T010 File Management~~ Needles note re review of time sheets. | ~~0.08~~ |

# Timesheet for Case

**Time from 1/1/1990 to 7/31/2009**

**Case No. 202957 Client: Mack, Ms. Keri**

| Date | Staff | Code/Task/Description | Time Spent (Hrs) |
|---|---|---|---|
| 5/5/2009 | GRL | A010 Client Communication<br>Mtg w/ Client Willette Graham re her claim for unpaid overtime | 0.33 |
| ~~5/5/2009~~ | ~~JG~~ | ~~T010 File Management~~<br>Draft Fee Agreement, Consent to Join and Adendum to Fee Agreement (auth to settle) GrahamW | ~~0.08~~ |
| ~~5/11/2009~~ | ~~JG~~ | ~~A010 Client Communication~~<br>Phone conf with Keri Mack re status and fee. | ~~0.05~~ |
| 5/14/2009 | GRL | A015 Opposing Counsel Communication<br>Opposing Counsel Communication re joint scheduling report | 0.05 |
| 5/14/2009 | GRL | A015 Opposing Counsel Communication<br>Opposing Counsel Communication re scheduling conference for joint scheduling report | 0.08 |
| 5/19/2009 | GRL | T105 Pretrial Submissions<br>Preparing Joint Pretrial Scheduling Report | 0.08 |
| 5/19/2009 | GRL | A015 Opposing Counsel Communication<br>Phoneconf w/Opposing Counsel for Rule 26 conference and preparing Joint Pretrial Scheduling Report | 0.23 |
| 6/1/2009 | GRL | A015 Opposing Counsel Communication<br>Opposing Counsel Communication re joint scheduling report revision | 0.05 |
| 6/4/2009 | GRL | A015 Opposing Counsel Communication<br>Opposing Counsel Communication re final draft of Joint Scheduling Report | 0.03 |
| 6/4/2009 | GRL | T105 Pretrial Submissions<br>Phone conference with opposing counsel to Review opposing counsel's revisions to Joint Pretrial Scheduling Report and revision to same per phone conference discussion | 0.25 |
| 6/16/2009 | GRL | T105 Pretrial Submissions<br>Preparing Plaintiffs' Rule 26(a) initial disclosures | 0.33 |
| ~~6/16/2009~~ | ~~JG~~ | ~~T005 Pleadings~~<br>Revise Initial Disclosures | ~~0.13~~ |
| 6/17/2009 | GRL | T025 Evidence Review/Annotation<br>Creating form spreadsheet for hours worked per day, work week and pay period and explaining same to paralegal for data entry | 0.17 |
| ~~6/17/2009~~ | ~~JG~~ | ~~T001 Fact Investigation~~<br>Spread sheet figuring hours worked and missing time sheets. | ~~1.68~~ |

# Timesheet for Case

**Time from 1/1/1990 to 7/31/2009**

**Case No. 202957** **Client: Mack, Ms. Keri**

| Date | Staff | Code/Task/Description | Time Spent (Hrs) |
|---|---|---|---|
| 6/22/2009 | JG | A010 Client Communication<br>Phon Conf with potential addition to the case. | 0.10 |
| ~~6/23/2009~~ | ~~JG~~ | ~~T005 Pleadings~~<br>Get another Plaintiff set up in the system, scan docs and finish amending Complaint | ~~0.70~~ |
| ~~6/24/2009~~ | ~~JG~~ | ~~A005 Case Management~~<br>File Second Amended Complaint | ~~0.08~~ |
| ~~6/25/2009~~ | ~~JG~~ | ~~A005 Case Management~~<br>Drafted and filed Second Amended Cert of Interest and filed. | ~~0.28~~ |
| | | **Totals:** | **18.25** |

- 6.88

11.37

ROSE & deJONG, S.C.
Attorneys at Law
161 South First Street
Suite 400
Milwaukee, WI 53204
(414) 274-1400

42.10

Keri Mack
759 S. 21st Street
Apt. 2
Milwaukee WI 53204

Unpaid overtime claim under FLSA
Claims for unpaid overtime under FLSA

| Date | Description | Hours |
|---|---|---|
| 07/28/2009 | Office conference with Michelle Nance re depo prep | 0.70 |
| 07/29/2009 | Willette Graham mtg re deposition preparation | 0.60 |
| | Keri Mack meeting (prep for depo) | 0.60 |
| | Receipt, review of email from Atty Goldstein re deposition schedule | 0.20 |
| 07/30/2009 | Phonecon to Attorney Mark Goldstein re deposition schedule and production of documents, message left | ~~0.20~~ .10 |
| | Preparing for deposition of all plaintiffs, contacting clients to confirm attendance and schedule time for preparation | 1.50 |
| | Draft letter to Atty Mark Goldstein re depositions of plaintiffs, timesheets and settlement discussions | 0.20 |
| 07/31/2009 | Meeting w/ Bertise Ross re preparing for deposition | 0.80 |
| | Draft letter to Atty Goldstein re offer to retain independent auditor to complete a summary of time worked and pay | 0.30 |
| | Phonecon w/ Mark Goldstein. re meeting to discuss settlement and cancelling Monday's depo schedule. | 0.20 |
| | Receipt and response to email from Atty Goldstein regarding agreement to meet on 8/3 and modify depo schedule | 0.20 |
| | Bertise Ross (414/899-2094) prep for Aug. 5th depo | 0.75 |
| | Rosemarie Mitchell prep for Aug 4th depo | 0.75 |

| Date | Description | Hours |
|---|---|---|
| | Jacqueline Bullock meeting in preparation for deposition | 0.50 |
| 08/02/2009 | Analyzing timesheets and summary of hours worked each week for Plaintiffs in 1st Amend Compl. | 1.10 |
| 08/03/2009 | Review of timesheets and preparation of confidential summary for settlement purposes | 1.30 |
| 08/04/2009 | Draft email to Atty Goldstein sending Excel spreadsheet of hours worked and discussion of enlargement for reply to motion to dismiss | ~~0.30~~ 0.20 |
| 08/05/2009 | Phonecon w/ Mark Goldstein re enlargement to respond to motion to dismiss. He agreed with 9/14 and I agreed to put something in the motion stating that we have no objection to his filing the motion out of time. | 0.20 |
| | Email correspondence to Court sending Proposed Order on Plaintiff's Motion to Enlarge re Motion to Dismiss 2nd Amended Complaint | 0.20 |
| | Preparation and filing of Plaintiffs' motion to enlarge the time to oppose Defendants' motion to dismiss the 2nd Amended Complaint and proposed Order | 0.30 |
| 08/11/2009 | Phonecon w/ Shannette Ward re status. Advised her of the schedule for next meeting and settlement discussion ongoing. | 0.20 |
| 08/19/2009 | Draft email letter to Atty M. Goldstein re scheduled meeting and sending Ross 2008 calendar | ~~0.20~~ 0.10 |
| | Review of and Preparation of client's timesheets for Case Database of documents produced and submitting same for analysis/spreadsheet input to calculate unpaid wages | 1.00 |
| | Telephone conference with vendor re preparation of timesheet entries on spreadsheet from Plaintiffs' Timesheets produced by Defendant | 0.80 |
| | Sending timesheets to vendor for summary spreadsheet | 0.30 |
| | Preparation of spreadsheet for vendor to input timesheet entries | 0.50 |
| 08/20/2009 | Review of Court's order granting enlargement of time to oppose Defendants' motion to dismiss the 2nd amended complaint | ~~0.20~~ 0.10 |
| 08/24/2009 | Review of additions to Hours Worked summary, revision to same and incorporating new data to overall spreadsheet | 2.00 |

Keri Mack

Unpaid overtime claim under FLSA
Claims for unpaid overtime under FLSA

| Date | Description | Hours |
|---|---|---|
| 08/25/2009 | Revising and further input to Summary of Hours for additional plaintiffs | ~~5.00~~ 2.0 |
| 08/31/2009 | Preparation of Hours Worked Summary based on Timesheets and review of same for corrections/revisions and notation of discrepancies | ~~6.00~~ 3.0 |
| 09/08/2009 | Attending meeting with Mark Goldstein to review updated summary of hours and discuss settlement | 1.00 |
| 09/14/2009 | Draft letter to Atty Goldstein sending motion to enlarge | 0.20 |
| | Prepared 2nd motion to enlarge time for plaintiffs to oppose Defendants' motion to dismiss the 2d Amended Complaint, proposed order and filing of same and sending email of proposed order to Court | 0.40 |
| 09/17/2009 | Email correspondence with Atty Goldstein re work week | 0.20 |
| 09/28/2009 | Research re regulations discussion of individual workweeks, 29 CFR 778.104, workweeks standalone | 0.20 |
| | Reseach re 29 CFR 778.105 - Determining the workweek | 0.30 |
| 10/14/2009 | Email communication request for agreement on enlargement | 0.10 |
| 10/15/2009 | Email correspondence to court with proposed order granting motion to enlarge re Motion to Dismiss 2nd AC | 0.10 |
| | Prepared 3d motion to enlarge time for Plaintiffs to opposed motion to dismiss 2nd AC and proposed Order | ~~0.40~~ .20 |
| 10/28/2009 | Prepared Status Update letter to clients | 0.20 |
| | Phonecon w/ Crystal Holmes re status and need her R&D Fee Agreement back | ~~0.20~~ |
| 11/04/2009 | Prepared revisions to Excel spreadsheet of hours for each plaintiff for import into Access database to modify work week. | 0.70 |
| 11/08/2009 | Legal research re: pleading willfulness under FLSA after Twombly and Iqbal | 0.50 |
| 11/09/2009 | Email correspondence with Atty Goldstien requesting agreed resolution on motion to dismiss 2nd AC, sending research and discussion of pretrial schedule | 0.40 |
| | Legal research re: final, regarding pleading standard under Twombly and Iqbal for willful violation of FLSA | ~~0.70~~ .50 |

| Date | Description | Hours |
|---|---|---|
| | Email correspondence sending joint motion/stip dismiss class allegations 2nd AC to Atty Goldstein | 0.10 |
| | Preparation of Joint Motion and Stipulation to Dismiss Collective Class Allegations of 2nd AC and proposed order | 0.60 |
| 11/10/2009 | Email correspondence to/from Atty Goldstien re revision to motion/stipulation | ~~0.20~~ .10 |
| | Preparation of revision to motion/stipulation on Defendants' Motion to Dismiss 2nd AC per opposing counsel's request | ~~0.20~~ 0.10 |
| 11/11/2009 | Filing Joint Motion and Stipulation to dismiss collective class allegations and mooting Motion to Dismiss 2nd AC and sending judge proposed order | ~~0.30~~ .20 |
| 11/23/2009 | Revision to unpaid wage summary, adjusting the work week per defendants' claim of a Mon.-Sun. work week and analysis of same. The | ~~5.00~~ 2.05 |
| 11/24/2009 | Letter to all clients updating them with the status of the matter and sending summary of unpaid overtime wages. | .20 |
| 11/27/2009 | Email correspondence from and reply to Atty Goldstein regarding draft joint stipulation to enlarge pretrial schedule and review/revision to same | 0.40 |
| | Email correspondence with Atty Goldstein regarding further revisions to joint motion to enlarge pretrial schedule | 0.30 |
| | Receipt and review of Defs' Answer to 2nd Amended Complaint | ~~0.30~~ .20 |
| 11/28/2009 | sending proposed order re joint motion amend scheduling order | 0.20 |
| 12/03/2009 | Email correspondence to Atty Goldstein sending Summary worksheets and offer to settle | 0.20 |
| 12/21/2009 | Email correspondence with Atty Goldstein re inquiry into settlement status | 0.10 |
| | Email correspondence with Atty Goldstein regarding Defendants' need to reply to settlement offer | 0.10 |
| 01/14/2010 | Email correspondence to Atty Goldstein in follow up to request for reply to settlement offers. | 0.10 |
| 01/19/2010 | Telephone conference with Mark Goldstein regarding status of our settlement discussions | 0.20 |

Keri Mack

Unpaid overtime claim under FLSA
Claims for unpaid overtime under FLSA

| Date | Description | Hours |
|---|---|---|
| 01/27/2010 | Email correspondence inquiry to Atty Goldstein into response or proposal on settlement | 0.10 |
| 02/15/2010 | Drafting Plaintiff's Notice Deposition 30(b)(6) to Ark Haven | 0.60 |
| | Drafting Plaintiff's 1st RFP to Defendants | 0.50 |
| 02/17/2010 | Office conference with Kerri and Jenean Mack regarding status of claims and preparing affidavits for making a motion for summary judgment. | 0.60 |
| 03/22/2010 | Telephone conference with Atty Goldstein regarding possible deposition dates for Plaintiffs and date for Defendant 30(b)(6) | ~~0.30~~ .20 |
| 04/05/2010 | Email correspondence w/ opposing counsel regarding depositions | ~~0.20~~ .10 |
| 04/12/2010 | Attending Depositions of Keri Mack and Michele Nance | 2.30 |
| | Preparation for depositions of clients Michele Nance and Keri Mack | 0.30 |
| 04/13/2010 | Preparation of Request for Admission and Interrogatory for each plaintiff regarding summary worksheet of hours. | 0.30 |
| 04/14/2010 | Depositions of plaintiffs | 4.30 |
| 04/22/2010 | Depositions of Jackie Bullock and Shanette Ward | 1.50 |
| 05/03/2010 | Email correspondence from Atty Goldstien regarding when Defendants will produce the additional documents identified in our deposition of Defendant Ark Haven | 0.10 |
| 05/04/2010 | Email correspondence with Atty Goldstien regarding J. Bailey stipulation | ~~0.20~~ .10 |
| 05/08/2010 | Email correspondence with Atty Goldstein regarding stipulation on J. Bailey testimony | 0.10 |
| 05/10/2010 | Email correspondence from Atty Goldstein sending additional personnel documents responsive to request to produce and initial review of same | 0.30 |
| 05/18/2010 | Email correspondence from Atty Goldstein regarding draft statement of J. Bailey on her intent to invoke 5th Amendment at a deposition and review of same | 0.30 |
| | Legal Services Rendered | 53.00 |
| | | − 10.90 |
| | | 42.10 |

Consumer Employment Law Center of WI
Time Report
Mack v. Bailey Ark Haven

14.9

| Timekeeper | Date | Description | Time |
|---|---|---|---|
| Gordon Leech | 8/30/2010 | Telephone call To Mark Goldstein to discuss possible settlement. | 0.2 |
| Gordon Leech | 8/30/2010 | E-mail Correspondence to Mark Goldstein to open settlement discussion | 0.1 |
| Gordon Leech | 8/30/2010 | E-mail Correspondence with ecfmaster@wied.uscourts.gov sending Plaintiff's Notice of Firm Change | ~~0.2~~ .1 |
| Gordon Leech | 8/30/2010 | E-mail Correspondence with GoldsteinLaw regarding time to talk after he meets with his client | 0.1 |
| Gordon Leech | 8/30/2010 | E-mail Correspondence with GoldsteinLaw confirming date to discuss settlement | 0.1 |
| Gordon Leech | 9/8/2010 | E-mail Correspondence from M. Goldstein regarding his schedule to speak with his client about settlement | 0.1 |
| Gordon Leech | 9/16/2010 | E-mail Correspondence to Mark Goldstein sending draft interim settlement statement due to the Court | 0.1 |
| Gordon Leech | 9/16/2010 | Drafting Interim Settlement Statement for Court | 0.3 |
| Gordon Leech | 9/17/2010 | Telephone call To Mark Goldstein discussing pretrial tasks and deadlines and potential for settlement | 0.2 |
| Gordon Leech | 9/21/2010 | Revising Interim Settlement Status letter to Court to file under seal. | 0.2 |
| Gordon Leech | 9/21/2010 | E-mail Correspondence to Mark Goldstein sending revised Ltr to Court with Interim Settlement Status | 0.1 |
| Gordon Leech | 9/21/2010 | E-mail Correspondence to Mark Goldstein sending dollar amounts for proposed stipulation for judgment for plaintiffs | 0.4 |
| Gordon Leech | 9/21/2010 | E-mail Correspondence from Atty Goldstein regarding interim settlement statement for court | 0.1 |
| Gordon Leech | 9/21/2010 | E-mail Correspondence in reply to Atty Goldstein regarding proposed stipulated judgment | 0.1 |
| Gordon Leech | 9/24/2010 | Preparing cover ltr to Clerk of Court for filing Interim Settlement Report under seal | 0.3 |

Consumer Employment Law Center of WI
Time Report
Mack v. Bailey Ark Haven

| Timekeeper | Date | Description | Time |
|---|---|---|---|
| Gordon Leech | 9/24/2010 | E-mail Correspondence to Mark Goldstein requesting time to meet and confer re Pretrial Memo and potential settlement | 0.3 |
| Gordon Leech | 9/25/2010 | E-mail Correspondence to Mark Goldstein sending copies of correspondence to Clerk re Interim Settlement Report | 0.1 |
| Gordon Leech | 9/28/2010 | E-mail Correspondence from Atty Goldstein regarding stipulated judgment | 0.1 |
| Gordon Leech | 9/28/2010 | Telephone call To Mark Goldstein to discuss stipulated judgment | 0.2 |
| Gordon Leech | 10/5/2010 | Research regarding elements of federal judgment for proper form to collect in Wisconsin Courts | ~~1.0~~ .6 |
| Gordon Leech | 10/5/2010 | Preparing Stipulation for Judgment | 1.0 |
| Gordon Leech | 10/5/2010 | Preparing Order for Judgment on Stipulation of Parties | 0.6 |
| Gordon Leech | 10/5/2010 | Preparing Judgment based on stipulation of parties | 0.4 |
| Gordon Leech | 10/5/2010 | E-mail Correspondence to Mark Goldstein sending proposed stipulation for judgment order granting judgment and judgment for review | 0.3 |
| Gordon Leech | 10/10/2010 | E-mail Correspondence from Mark Goldstein regarding language in stipulation | 0.1 |
| Gordon Leech | 10/11/2010 | E-mail Correspondence in reply to Atty Goldstein regarding language of stipultion | 0.1 |
| Gordon Leech | 10/11/2010 | E-mail Correspondence to Atty Goldstein sending summary of law supporting right to recovery of cost of collection including atty's fees and revised stipulation judgment and order | 0.3 |
| Gordon Leech | 10/11/2010 | Research gathering authority for position that a prevailing party is entitled to cost of collecting the judgment including attorney's fees | ~~0.6~~ .4 |
| Gordon Leech | 10/11/2010 | Revising proposed stipulation, judgment and order | 0.3 |

Consumer Employment Law Center of WI
Time Report
Mack v. Bailey Ark Haven

| Timekeeper | Date | Description | Time |
|---|---|---|---|
| Gordon Leech | 10/11/2010 | Telephone call To Mark Goldstein to discuss his concerns regarding the proposed stipulation and judgment | 0.2 |
| Gordon Leech | 10/11/2010 | Drafting Final Settlement Statement to Court | 0.3 |
| Gordon Leech | 10/11/2010 | E-mail Correspondence to Mark Goldstein (goldstein@mjglegal.com) sending advance copy of Final Settlement Report to Court | 0.1 |
| Gordon Leech | 10/12/2010 | E-mail Correspondence from Atty Goldstein commenting on draft final settlement report | 0.1 |
| Gordon Leech | 10/12/2010 | E-mail Correspondence in reply to Atty Mark Goldstein regarding language of Final Settlement Report to Court | 0.1 |
| Gordon Leech | 10/13/2010 | Telephone call To Mark Goldstein asking where we are with the language for the final settlement report and the stipulation for judgment | 0.2 |
| Gordon Leech | 10/14/2010 | Telephone call From Shanette Ward for update on status | 0.2 |
| Gordon Leech | 10/14/2010 | Telephone call From Mark Goldstein advising of the status of his discussion with his client regarding the stipulation for judgment | 0.2 |
| Gordon Leech | 10/15/2010 | Telephone call To Mark Goldstein asking for an update on language for Final Settlement Rpt to court language and agreement on stipulated judgment and what we will do regarding the Pretrial Memo that is due | 0.2 |
| Gordon Leech | 10/18/2010 | E-mail Correspondence from Andrew_Engel@wied.uscourts.gov sending notice of need to comply with Pretrial Report and Final Settlement Status Report | 0.1 |
| Gordon Leech | 10/18/2010 | E-mail Correspondence from Attorney Mark Goldstein responding to the Court's inquiry into the status of the action and settlement | 0.1 |
| Gordon Leech | 10/18/2010 | E-mail Correspondence to Mark Goldstein sending copy of sealed filing of Final Settlement Report | 0.1 |

Consumer Employment Law Center of WI
Time Report
Mack v. Bailey Ark Haven

| Timekeeper | Date | Description | Time |
|---|---|---|---|
| Gordon Leech | 10/18/2010 | Submitting Final Settlement Status Report to Court Under Seal | 0.3 |
| Gordon Leech | 10/18/2010 | Review and download of Docket | 0.2 |
| Gordon Leech | 10/19/2010 | Telephone call To Mark Goldstein inquiring into status of stipulation and need to talk about pretrial memo | 0.2 |
| Gordon Leech | 10/19/2010 | E-mail Correspondence to Mark Goldstein inquiring into the status of our stipulation for judgment and urging him to reply | 0.1 |
| Gordon Leech | 10/19/2010 | Telephone call To Mark Goldstein and Andrew Engel to discuss status of case and pretrial deadlines | 0.2 |
| Gordon Leech | 10/20/2010 | E-mail Correspondence with Andrew_Engel@wied.uscourts.gov suggestion of a conference call and the judge's position on the parties' documentation of settlement | 0.1 |
| Gordon Leech | 10/20/2010 | E-mail Correspondence with Andrew_Engel in reply to his suggestion of a conference call and the judge's position on the parties' documentation of settlement | 0.1 |
| Gordon Leech | 10/20/2010 | Research regarding J. Bailey's address and review of the court records regarding her criminal conviction and sentence | 0.7 |
| Gordon Leech | 10/20/2010 | Revising proposed judgment with addresses | ~~0.5~~ .3 |
| Gordon Leech | 10/20/2010 | Research regarding proper names for Judgment | ~~0.3~~ .2 |
| Gordon Leech | 10/20/2010 | E-mail Correspondence from GoldsteinLaw regarding his schedule for a conference call with the Court | 0.1 |
| Gordon Leech | 10/20/2010 | E-mail Correspondence from ecfmaster@wied.uscourts.gov sending clerks copy of the letter to the court | 0.1 |
| Gordon Leech | 10/20/2010 | Drafting and filing Ltr to Court regarding logistics of draft Stip to Dismiss and timing | ~~0.4~~ .3 |
| Gordon Leech | 10/20/2010 | E-mail Correspondence from Andrew_Engel@wied.uscourts.gov sending time for telephone conference of the parties | 0.1 |

Consumer Employment Law Center of WI
Time Report
Mack v. Bailey Ark Haven

| Timekeeper | Date | Description | Time |
|---|---|---|---|
| Gordon Leech | 10/20/2010 | E-mail Correspondence from ecfmaster@wied.uscourts.gov sending notice of filing the sealed Final Settlement Report | 0.1 |
| Gordon Leech | 10/20/2010 | E-mail Correspondence from GoldsteinLaw suggesting time for conference call | 0.1 |
| Gordon Leech | 10/20/2010 | E-mail Correspondence to GoldsteinLaw and Court's clerk | 0.1 |
| Gordon Leech | 10/22/2010 | E-mail Correspondence from Feiss David re name change of Jurlean Bailey | 0.1 |
| Gordon Leech | 10/24/2010 | E-mail Correspondence from GoldsteinLaw notifying me of receipt of his client's signed authorization to enter into the stipulation | 0.1 |
| Gordon Leech | 10/25/2010 | Telephone call From Mark Goldstein discussing entry of the stipulation and the letter to the court regarding same | ~~0.2~~ .1 |
| Gordon Leech | 10/25/2010 | E-mail Correspondence from ecfmaster@wied.uscourts.gov sending court copy of my letter to the Court of filing the stipulation of judgment | 0.1 |
| Gordon Leech | 10/25/2010 | Preparing and filing of letter to the Court giving notice of filing the Stipulation for Judgment proposed Order on Stipulation and proposed Judgment | 0.2 |
| Gordon Leech | 10/25/2010 | Final revision to and filing of Stipulation for Judgment proposed Order on Stipulation and proposed Judgment | ~~0.4~~ .3 |
| Gordon Leech | 10/25/2010 | E-mail Correspondence to J. P. Stadtmueller sending the proposed order on the parties' stipulation for entry of judgment in the proposed judgment | 0.1 |
| Gordon Leech | 10/25/2010 | E-mail Correspondence from court sending Document No. 51 stipulation for judgment and related papers | 0.1 |
| ~~Gordon Leech~~ | ~~10/26/2010~~ | ~~E-mail Correspondence from~~ ecfmaster@wied.uscourts.gov advising of re-filing by Clerk of Document 52 | ~~0.2~~ |

Consumer Employment Law Center of WI
Time Report
Mack v. Bailey Ark Haven

| Timekeeper | Date | Description | Time |
|---|---|---|---|
| Gordon Leech | 10/26/2010 | E-mail Correspondence from Nancy_Monzingo@wied.uscourts.gov requesting orders in different format | 0.1 |
| Gordon Leech | 10/26/2010 | E-mail Correspondence with StadtmuellerPO@wied.uscourts.gov resending order in Word format compatible | 0.2 |
| Gordon Leech | 11/8/2010 | E-mail Correspondence from ecfmaster@wied.uscourts.gov sending Order granting Judgment for Plaintiffs download and review of same | 0.3 .2 |
| Gordon Leech | 11/8/2010 | E-mail Correspondence from ecfmaster@wied.uscourts.gov sending Judgment for Plaintiffs download and review of same | 0.1 |
| Gordon Leech | 11/10/2010 | E-mail Correspondence from Atty Goldstein regarding representation of Ark Haven by Atty Stein | 0.1 |
| Gordon Leech | 11/15/2010 | E-mail Correspondence to Atty Goldstein regarding request for a stipulation on fees for award of fees | 0.1 |
| Gordon Leech | 11/16/2010 | E-mail Correspondence from Atty Goldstein regarding stipulation on attorney fees | 0.1 |
| Gordon Leech | 11/17/2010 | Telephone call To Mark Goldstein, msg left, advising him of fees and costs to date for motion for fees | 0.1 |
| Gordon Leech | 11/17/2010 | E-mail Correspondence with Mark Goldstein re any stipulation on fees | 0.1 |
| Gordon Leech | 11/17/2010 | E-mail Correspondence from GoldsteinLaw regarding stipulation on fees | 0.1 |
| Gordon Leech | 11/18/2010 | E-mail Correspondence to GoldsteinLaw in reply to his comment on a stipulation for fees | 0.1 |
| Gordon Leech | 11/18/2010 | E-mail Correspondence from Jennifer Gramling sending SKS costs to date | 0.1 |
| Gordon Leech | 11/18/2010 | E-mail Correspondence to GoldsteinLaw requesting a time to discuss my fee motion | 0.1 |
| Gordon Leech | 11/18/2010 | Telephone call with Mark Goldstein discussing any possible stipulation on fees in terms of hourly rate or number of hours | 0.2 .1 |

Consumer Employment Law Center of WI
Time Report
Mack v. Bailey Ark Haven

| Timekeeper | Date | Description | Time |
|---|---|---|---|
| Total | | | 16.9 |

- 2.0

14.9

Case 2:09-cv-00025-JPS Filed 11/22/10 Page 18 of 18 Document 56-4 Page 19
Page 7 of 7